[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-11060
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Nov. 24, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00418-CR-6-CLS-PWG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEVARUS RAMON HAMMOND,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(November 24, 2009)

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Derrick Collins, appointed counsel for Devarus Ramon Hammond, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent review of the record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Hammond's conviction and sentence are **AFFIRMED**.